**ORANSKY, SCARAGGI & BORG, P.C.**
Andrew D. Borg, Esq. (9384)
175 Fairfield Avenue, Suite 1A
P.O. Box 866
West Caldwell, New Jersey 07007-0866
(973) 364-1200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PLUMBERS LOCAL NO. 24 PENSION FUND; PLUMBERS LOCAL NO. 24 WELFARE FUND; PLUMBERS LOCAL NO. 24 ANNUITY FUND; PLUMBERS LOCAL NO. 24 EDUCATION FUND; PLUMBERS LOCAL UNION NO. 24 and PATRICK KELLEHER as Trustee of the Funds  *Plaintiffs*,  v.  WESTENBERGER MECHANICAL, INC.  *Defendant*. | CIVIL ACTION  Civil Action No.:2:24-cv-05576-BRM-SDA  ORDER |

This matter having been brought before the Court on Motion of the above named attorney(s) for Plaintiffs for an Order Entering Judgment against Defendant with the return date of July 10, 2024, having not received any opposition thereto, the Court having considered the matter for good cause shown;

It is on this   23rd   day of   January   , 2025,

**ORDERED** that Judgment be entered in favor of Plaintiffs, Plumbers Local No. 24 Pension Fund, Plumbers Local No. 24 Welfare Fund, Plumbers Local No 24 Annuity Fund, Plumbers Local No 24 Education Fund, Plumbers Local No. 24, Plumbers Local Union No. 24 and Patrick Kelleher as a Trustee of the Funds; and , against Defendant, Westenberger Mechanical, Inc. in the amount of $75,096.28.

**FURTHER ORDERED** that the Defendant be served with a copy of this Order within seven (7) days of the date hereof.

_____
Honorable Brian R. Martinotti, U.S.D.J.